# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAMIAN PEREZ PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1151-SLP |
| | ) | |
| | ) | |
| RUSSELL HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

The Court is in receipt of Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. [Doc. No. 15]. The Government is ordered to respond no later than Monday, January 12, 2026. Petitioner may, but is not required to, submit a Reply no later than Tuesday, January 13, 2026.

IT IS SO ORDERED this 9th day of January, 2026.

_____

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**

1