**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DAMIAN PEREZ PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1151-SLP |
| | ) | |
| | ) | |
| RUSSELL HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED, and this action is DISMISSED without prejudice.

ENTERED this 3rd day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE